UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-81046-MATTHEWMAN

EUGENE E. HOUCHINS III, AS TRUSTEE OF
THE SHARMIN INGHRAM FAMILY
INSURANCE TRUST, a Georgia Trust; and
AMERICAN LIFE FUND CORP., a Georgia
corporation,

    Plaintiffs,

vs.

NOAM WEISS; and SETTLEMENT BENEFITS
ASSOCIATION, INC., a Florida corporation doing
Business as SETTLEMENT BENEFITS ASSOCIATION;
SHARMIN INGHRAM; and JUSTIN INGHRAM,

    Defendants.
_____/

NOAM WEISS; and SETTLEMENT BENEFITS
ASSOCIATION, INC., a Florida corporation doing
Business as SETTLEMENT BENEFITS ASSOCIATION,

    Cross-Plaintiffs,

vs.

SHARMIN INGHRAM and JUSTIN INGHRAM,

    Cross-Defendants.
_____/

**<u>FINAL JUDGMENT IN FAVOR OF PLAINTIFFS EUGENE E. HOUCHINS III AS TRUSTREE OF THE SHARMIN INGHRAM FAMILY INSURANCE TRUST AND AMERICAN LIFE FUND CORP. AND AGAINST DEFENDANTS SHARMIN INGHRAM AND JUSTIN INGHRAM</u>**

Based on the Court's Findings of Fact and Conclusions of Law Supporting the Court's

Rule 52(c) Ruling Against Defendants Sharmin Inghram and Justin Inghram on Counts Five

Through Eight of Plaintiffs' Third Amended Complaint [DE 264], it is hereby **ORDERED AND ADJUDGED** that:

1. Final Judgment is hereby **ENTERED** in favor of Plaintiffs, Eugene E. Houchins III as Trustee of the Sharmin Inghram Family Insurance Trust and American Life Fund Corp., and against Defendants Sharmin Inghram and Justin Inghram.

2. Plaintiffs shall recover from Defendants Sharmin Inghram and Justin Inghram, damages in the amount of **$925,000**, plus post-judgment interest beginning on the date that this Final Judgment is entered,[1] for which let execution issue. Both Defendants are jointly and severally liable for this total amount.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of January 2025.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge

---

[1] Per 28 U.S.C. § 1961, post-judgment interest shall accrue at a rate of 4.21% per annum.